UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALENTINE B. OSOCHU, | ) | 1:07-cv-00409-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO |
| | ) | PAY THE $350.00 FILING FEE IN |
| v. | ) | FULL **OR** SUBMIT A COMPLETED |
| | ) | APPLICATION TO PROCEED IN |
| UNION BANK OF CALIFORNIA, | ) | FORMA PAUPERIS WITHIN THIRTY |
| | ) | DAYS |
| Defendant. | ) | |
| | ) | ORDER DIRECTING CLERK TO SEND |
| | | PLAINTIFF A BLANK IN FORMA |
| | | PAUPERIS APPLICATION |

Plaintiff is a state prisoner proceeding pro se with this civil action. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

The complaint was filed on March 14, 2007. However, plaintiff has neither paid the $350.00 filing fee nor submitted an application to proceed in forma pauperis.

Accordingly, the following is hereby ORDERED:

1. Plaintiff either pay the $350.00 filing fee in full **OR** file a completed application to proceed in forma pauperis within thirty (30) days from the date of service of this order;

1

1  2.   The Clerk of Court send plaintiff, in conjunction with
2 this order, a copy of a blank application to proceed in forma
3 pauperis; and,
4  3.   Plaintiff is warned that failure to timely comply with
5 this order will be considered a failure to comply with an order
6 of the Court within the meaning of Local Rule 11-110, and may
7 result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   May 1, 2007**           **/s/ Sandra M. Snyder**
                          UNITED STATES MAGISTRATE JUDGE

2