# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALENTINE B. USOCHU, | ) | 1:07cv0409 AWI SMS |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS, ALONG WITH PRISON TRUST ACCOUNT STATEMENT AND CERTIFICATION **OR** PAY FILING FEE |
| v. | ) | |
| UNION BANK OF CALIFORNIA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant action on March 14, 2007.

Pursuant to the Court's May 2, 2007, order, Plaintiff submitted an application to proceed in forma pauperis on May 24, 2007. This application is deficient, however, as the "Certificate of Authorized Officer" is blank.[1] The "Certificate of Authorized Officer" must be completed, as well as signed and dated.

Accordingly, Plaintiff is ORDERED to submit an application to proceed in forma pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within thirty (30) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application.

---

[1] In an attached document, Plaintiff indicates that he has not been incarcerated for six months and therefore does not have a prison trust account statement for the past six months. In that case, a trust account statement beginning when Plaintiff entered prison is sufficient.

1

1 | Failure to comply with this order will result in a recommendation that this action be
2 | dismissed.
3 |
4 | IT IS SO ORDERED.
5 | **Dated:**    **May 30, 2007**                              /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE

2