IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALENTINE B. USOCHU, | ) | CV F 07-409 AWI SMS |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND |
| v. | ) ) | DISMISSING ACTION |
| UNION BANK OF CALIFORNIA, | ) ) ) | (Documents #1 & #10) |
| Defendant. | ) ) | |

Plaintiff is proceeding pro se and in forma pauperis. Pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge entered Findings and Recommendations that recommend this action be dismissed without leave to amend because the complaint fails to state a cognizable claim against the Defendant and amendment would be futile. These Findings and Recommendations were served on Plaintiff and contained notice that any objections could be filed within thirty days. Thirty days have now passed and, as of the date of this order, no opposition by Plaintiff has been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 19, 2007 are ADOPTED IN FULL;
2. This action is DISMISSED without leave to amend; and
3. The Clerk is directed to close this case as this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:    July 25, 2007**                                /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE